**Proof of Service Re:** Credit Control Services, Inc.

United States District Court—Eastern District of Wisconsin
Civil Action No. 12-CV-686

<u>RE: Kim R. Wierzchowski v. Credit Control Services, Inc., d/b/a Credit Collection Services</u>

I, Derek M. Kelliher, being duly sworn state:

I am now and was at the date hereinafter stated an adult resident of the State of Wisconsin. I am not a party to this action.

On July 24th, 2012 at 1:45 pm at the address of 8040 Excelsior Dr. #200, Madison, WI 53717, I personally served an authenticated copy of the Summons, Complaint with exhibits, Civil Cover Sheet, Consent to a Magistrate Judge Form, a particular judges' Standing Order, Plaintiff's Motion for Class Certification, Memorandum in Support of Plaintiff's Motion for Class Certification and Declaration of John Blythin with exhibits to Dawn Pederson (authorized agent accepting service on behalf of Credit Control Services, Inc. and it's registered agent, CT Corporation System).

At the time of service, I endorsed upon the authenticated copies of the documents so served, the date and time of service and signed my name to it.

Date: 7/26/12

Subscribed and sworn to before me
this 26 day of July, 2012.

Notary Public, Wisconsin
My commission expires: 6 / 30 / 13